HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR17-281RAJ |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO CONTINUE PRETRIAL |
| vs. | ) | MOTIONS DEADLINE |
| | ) | |
| ANGELO GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, having moved for an extension of the pretrial motions deadline, which is unopposed in this matter, and the Court having concluded that such an extension should be ordered, now, therefore, it is hereby

ORDERED that Defendant's unopposed motion (Dkt. #28) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than April 5, 2018.

DATED this 30th day of March, 2018.

*Richard A Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE     - 1
(*Angelo Gutierrez*; CR 17-281RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**