The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-281 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL GOVERNMENT'S SUPPLEMENT TO ITS SENTENCING MEMORANDUM |
| ANGELO RALPHEL GUTIERREZ, | |
| Defendant. | |

Having reviewed the government's supplement to its Sentencing Memorandum, and Exhibits D and E, which were filed under seal, and the Government's Motion to Seal requesting that the government's supplement be allowed to remain under seal, and finding good cause,

It is hereby ORDERED that the government's Motion to Seal (Dkt. #40) is GRANTED. The supplement to the government's Sentencing Memorandum and Exhibits D and E in this matter shall remain sealed.

DATED this 24th day of August, 2018.

_/s/ Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

Order to Seal Government's Supplement to its Sentencing Memorandum
*United States v. Gutierrez;* CR17-281 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970