Judge Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANGELO RALPHEL GUTIERREZ,

Defendant.

No. CR17-281-RAJ

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. Approximately 89 loose rounds of .223 caliber ammunition and a magazine loaded with additional rounds of .223 caliber ammunition; and

2. $2,121.00 in U.S. currency.

The Court, having reviewed the record in this matters, FINDS:

In the Plea Agreement entered on April 5, 2018, the Defendant agreed to forfeit his interest in the above-listed property. Dkt. No. 31;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On June 22, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and 21 U.S.C § 853 and forfeiting the Defendant's interest in it. Dkt. No. 34;

Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), Dkt. No. 35, and provided direct notice pursuant to Fed. R. Crim. P. 32.2(b)(6)(A); and

The time for filing third-party petitions has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the above-listed property exists in any party other than the United States;

2.      The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3.      The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 13th day of September, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970