The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-cv-00281-RAJ |
| Plaintiff | ORDER |
| v. | |
| ANGELO RALPHEL GUTIERREZ, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Angelo Ralphel Gutierrez's Motion for Appointment of Counsel. Dkt. 58. Mr. Gutierrez's motion sought appointment of counsel to assist with a potential motion for compassionate release. The motion was docketed in error as a Motion to Reduce Sentence re Section 404 of the First Step Act (Compassionate Release), but has since been corrected to accurately reflect the nature of the motion.

Having considered the motion, and having been notified by Mr. Gutierrez's attorney for his original sentencing that Mr. Gutierrez has decided against pursuing a motion for compassionate release at this time, Mr. Gutierrez's Motion for Appointment of Counsel is **DENIED WITHOUT PREJUDICE** as moot.

DATED this 16th day of July, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1